| | | | |
|---|---|---|---|
| **5/7/2013** | | **TUESDAY** | **Judge Randall L. Dunn** |
| 01:30 PM<br>CR 3 | ■ 12-35465  rld  11 | Stephany J Moody | |

**Chapter 11 Confirmation Hearing  (67)**
  Stephany J Moody - db     MICHAEL D O BRIEN
  Kamali Sotheby s International Real

**Evidentiary Hearing:**    Yes: [X]   No: ☐        Sign in sheet attached

Based on the testimony and documents presented at the evidentiary hearing, all the requirements of section 1129[a] other than 1129[a][1], [a][8], and 1129[b] are satisfied.

It was agreed counsel will provide a supplemental pleading with stipulated facts in lieu of testimony as to the amount of Richardsons judgment as of the date of filing, the amount of the Richardsons judgment including interest as of May 7, 2013 the confirmation hearing, and the amount of Richardsons contribution(s) to the partnership by May 17, 2013.

Status hearing scheduled May 28, 2013 @11:00 Ctrm

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☐ _____

DOCKET ENTRY:

In Re: ) Case # 12-35465

Stephany Moody

Debtor

## List of Persons Attending

Date of Hearing 5/7/13

PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT
---|---
Nicholas Henderson | Randy & Stephanie Richardson
Theodore Piteo | Debtor
Mike Osher | Debtor
Stephany Moody | Self
Gary Moody | Self
Stephanie Richardson | Self