UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                  )    Case No._____
                                                       )
                                                       )    NOTICE OF INTENT TO Sell Real or
                                                       )    Personal Property, Compensate Real Estate
                                                       )    Broker, and/or Pay any Secured Creditor's Fees
                                                       )    and Costs; Motion for Authority to Sell Property
                                                       )    Free and Clear of Liens; and Notice of Hearing
                                                       )    [**Note**: Do not use to sell personally identifiable
                                                       )     information about individuals!]
Debtor(s)                                              )

NOTICE IS GIVEN THAT _____, the
_____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must both: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the date in any "Clerk" stamp above, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401) both:  (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as an Exhibit to the original filed with the court):

4. A copy of the full property description or inventory may be examined or obtained at:

5. The property may be previewed at (include time and place):

6. Other parties to the transaction and their relationship to the debtor are:

7. Gross sales price:  $_____.  All liens on the property total:  $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).  Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.  Total sales costs will be:  $_____.  All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:  $_____.

8. The sale    is    is not (**MARK ONE**) of substantially all of the debtor's assets.  Terms and conditions of sale:

9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

    and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____      _____
                        Signature & Relation to Movant

                        _____
                        (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

Exhibit A
Legal Description

**Lot 1, Block 4, FIRST ADDITION TO THE TOWN OF OSWEGO, in the City of Lake Oswego, County of Clackamas and State of Oregon.**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, I served the foregoing "Notice of Intent to Sell Property" on the following parties by first class mail, postage prepaid and deposited with the United States Postal Service in Clackamas, Oregon to each at address listed below:

      SEE ATTACHED CREDITOR LIST PROVIDED BY COURT ECF SYSTEM

I further certify that the following person(s) will be served electronically when the foregoing document is filed with the court, along with any other party who requested SPECIAL NOTICE through the Court:

| | |
|---|---|
| Michael D. O'Brien, Attorney | enc@orbankruptcy.com |
| US Trustee, Portland | USTPRegion18.PL.ECF@usdoj.gov |

        /s/ Michael D. O'Brien
        Michael D. O'Brien
        Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 12-35465-rld11<br>District of Oregon<br>Portland<br>Tue May 28 15:59:41 PDT 2013 | CLC Services on behalf of: ETrade Bank<br>PO Box 94982<br>Cleveland, OH 44101-4982 | PNC Bank<br>POB 94982<br>Cleveland, OH 44101-4982 |
| 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 | AAA Financial Services<br>POB 982235<br>El Paso, TX  79998-2235 | American Express<br>Bankruptcy Department<br>PO Box 297814<br>Fort Lauderdale, FL  33329-7814 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Bank Of America<br>POB 15026<br>Wilmington, DE 19850-5026 | Bank Of America<br>POB 982235<br>EL Paso, TX  79998-2235 |
| Bank Of America, N.A.<br>Bankruptcy Notice-TX2-982-0303<br>PO Box 5170<br>Simi Valley, CA  93062-5170 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | CONSUMER SERVICES ON BEHALF OF E-TRADE<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 |
| Chase<br>POB 94014<br>Palatine, IL  60094-4014 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | E*Trade<br>PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| Ellen Rosenblum, Attorney General<br>100 Justice Building<br>1162 Court Street NE<br>Salem, OR 97310-0001 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Internal Revenue Service<br>Bankruptcy Notices<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP Morgan Chase Bank<br>Mortgage Bankruptcy Dept<br>3415 Vision Drive<br>Columbus, OH  43219-6009 | Key Education Resources<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Laurie Unis<br>c/o Intelekia Law Group LLC<br>308 SW 1st Ave #325<br>Portland OR 97204-3567 | Northwest Community Credit Union<br>POB 70225<br>Springfield, OR 97475-0145 | ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 |
| Oregon Depart Of Revenue<br>PO Box 14725<br>Salem, OR  97309-5018 | Raife Neuman<br>Intelekia Law Group LLC<br>308 SW First Ave., Suite 235<br>Portland, OR 97204-3567 | Randy & Stephanie Richardson<br>c/o Motschenbacher & Blattner, LLP<br>117 SW Taylor Street, Suite 200<br>Portland, OR 97204-3029 |
| Seahorse Partnership<br>c/o Randy and Stephanie Richardson<br>5191 SW Kruse Rd.<br>Wilsonville, OR 97070-9741 | Target National Bank<br>C/O Target Credit Services<br>PO Box 673<br>Minneapolis, MN 55440-0673 | The Bank of New York Mellon<br>Chase Record Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank Home Mortgage<br>Bankruptcy Dept.<br>POB 6060<br>Newport Beach, CA 92658-6060 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| Verizon California<br>500 Technology Drive, Suite 300<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>AKA: Wachovia Mortgage<br>Attn: Bankruptcy Department<br>4101 Wiseman Blvd<br>MAC# T7416-023<br>San Antonio, TX 78251-4200 | Wells Fargo Bank, NA<br>POB 659558<br>San Antonio, TX 78265-9558 |
| MICHAEL D O'BRIEN<br>9200 SE Sunnybrook Blvd #150<br>Clackamas, OR 97015-5766 | Randy L. Richardson | Stephany J Moody<br>POB 1156<br>Wilsonville, OR 97070-1156 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card<br>POB 15316<br>Wilmington, DE  19850 | Internal Revenue Service<br>C/O Eric Holder, Attorney General<br>10th St-Constitution Ave.<br>Washington, DC  20530 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 |
| (d)US Bank<br>Loss Prevention- EP-MN-L23C<br>PO Box 2407<br>Minneapolis, MN  55402-9998 | (d)US Bank<br>POB 790408<br>St. Louis, MO  63179 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kamali Sotheby's International Realty | (u)Northwest Community Credit Union | (u)Oregon Department of Revenue |
| (u)The Bank of New York Mellon | (u)Wells Fargo Bank, N.A. | (u)Windermere Cronin & Caplan Realty Grp |
| (u)Laurie Unis | (u)Stephanie Richardson | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     8<br>Total                  46 |